[360 N.C. 165 (2005)]

IN THE MATTER OF J.B.

No. 462A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 616 S.E.2d 385 (2005), affirming a disposition order for twelve months' supervised probation with conditions entered 16 January 2004 by Judge Jim Love, Jr. in District Court, Harnett County. Heard in the Supreme Court 12 December 2005.

*Roy Cooper, Attorney General, by Mabel Y. Bullock, Special Deputy Attorney General, for the State.*

*Susan J. Hall for juvenile-appellant.*

PER CURIAM.

AFFIRMED.